IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:19-mc-3893-ECM |
| ) | |
| LOWE'S HOME IMPROVEMENT, ) | |
| TROY, AL, ) | |
| ) | |
| Garnishee ) | |
| ) | |
| DEVON TUCKER, ) | |
| ) | |
| Defendant. ) | |

**O R D E R**

Upon consideration of the motion to dismiss (doc. 7) filed on October 17, 2019, and for good cause, it is

ORDERED that the motion to dismiss (doc. 7) is GRANTED and the Writ of Garnishment is DISMISSED.

The Clerk of the Court is DIRECTED to close this matter.

DONE this 18th day of October, 2019.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE